**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

**NDACK TOURE**

     **Plaintiff,**         **Civil Action No.:**
 **v**              **COMPLAINT&**
               **JURY TRIAL DEMAND**

**QATAR AIRWAYS GROUP Q.C.S.C.**
**DBA QATAR AIRWAYS**

     **Defendant.**

## COMPLAINT

COME NOW, Plaintiff, NDACK TOURE, complaining of Defendant, QATAR AIRWAYS GROUP Q.C.S.C. DBA QATAR AIRWAYS, and files Plaintiff's Original Complaint and for cause of action would respectfully show the following:

### I. PARTIES

1. Plaintiff NDACK TOURE ("TOURE"), is domiciled in the State of Texas, with her principle and permanent residence in Houston, Harris County, Texas.

2. Defendant QATAR AIRWAYS GROUP Q.C.S.C. DBA QATAR AIRWAYS ("QATAR"), is a foreign corporation doing business in the State of Texas.  It may be served with process by serving its attorney of record: Ben West at FBT Gibbons, 2101 Cedar Springs Road, Suite 900, Dallas, Texas 75201 via e-serve at bwest@fbtgibbons.com.

### II. JURISDICTION AND VENUE

3. This Court has subject matter jurisdiction pursuant to the Montreal Convention, a treaty of the United States governing international air carrier liability.

4. This Court also has jurisdiction under 28 U.S.C. § 1331 (federal question jurisdiction).

5. Venue is proper in this District pursuant to Article 33 of the Montreal Convention because:

- Defendant conducts business in this District; and/or

- Plaintiff's destination and/or place of business is within this District.

### III. FACTUAL ALLEGATIONS

6. On or about June 8, 2024, Plaintiff TOURE was a fare-paying passenger on an international flight operated by Defendant QATAR.

7. During the course of the flight, a flight attendant employed by Defendant QATAR served Plaintiff a cup of hot coffee.

8. While Plaintiff TOURE was seated, turbulence occurred and a cup of hot coffee served by Defendant's flight attendant was caused to spill onto Plaintiff.

9. Despite having actual knowledge that Plaintiff TOURE sustained burn injuries, Defendant QATAR, through its employees, failed to take reasonable steps to assist Plaintiff, including failing to provide appropriate first aid, medical attention, or other necessary assistance.

10. The incident constituted an "accident" within the meaning of Article 17 of the Montreal Convention.

11. As a direct result of the spill, Plaintiff sustained serious bodily injuries, including but not limited to burns, pain, scarring, and related complications.

12. The incident occurred onboard the aircraft during international carriage.

### IV. CAUSE OF ACTION

**(Montreal Convention – Article 17 Liability)**

13. Plaintiff incorporates the preceding paragraphs.

14. Under Article 17 of the Montreal Convention, an air carrier is liable for damage sustained in case of death or bodily injury of a passenger caused by an accident onboard the aircraft.

15.    The spill of hot coffee constitutes an unexpected or unusual event external to the passenger.

16.    Defendant is strictly liable for Plaintiff's damages up to the limits prescribed by the Montreal Convention and liable beyond those limits due to its negligence.

## V. DAMAGES

17.    Plaintiff TOURE seeks damages including but not limited to:

- Physical pain and suffering

- Mental anguish

- Medical expenses (past and future)

- Physical impairment

- Disfigurement and scarring

- Other damages recoverable under the Montreal Convention

18.    Plaintiff seeks all damages allowable under applicable law and the Montreal Convention.

## VI. CONDITIONS PRECEDENT

19.    All conditions precedent have been performed or have occurred.

## VII. JURY DEMAND

20.    Pursuant to Rule 38 of the Federal Rules of Civil Procedure, Plaintiff TOURE hereby demands a trial by jury of all issues herein triable of right by jury

## VIII. PRAYER

WHEREFORE, PREMISES CONSIDERED, Plaintiff respectfully requests that Defendant be cited to appear and answer, and that upon final trial Plaintiff recover:

- Judgment against Defendant for damages within the jurisdictional limits of the Court;

- Costs of court;

- Pre- and post-judgment interest; and

- All other relief to which Plaintiff is justly entitled.

Dated: September 30, 2025,

Respectfully submitted,

**HUSAIN LAW + ASSOCIATES, P.C.**

By: */s/ Nomaan K. Husain*
**NOMAAN K. HUSAIN**
State Bar No. 24000743
Federal Bar No. 23229
5916 Winsome Lane, Suite 400
Houston, Texas 77057
Telephone: (713) 800-1200
Facsimile: (713) 800-0786
E-Service: eserve@hlalawfirm.com

**COUNSEL FOR PLAINTIFF**